UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TERRY JEFFREY, on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>BREWSTER CHEESE COMPANY, )<br>)<br>Defendant. ) | CASE NO. 5:17-cv-00861<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER OF DISMISSAL WITH**<br>**PREJUDICE AND APPROVING**<br>**SETTLEMENT** |

This matter is before the Court on the Parties' Joint Sealed Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Joint Stipulation of Settlement and Release ("Settlement" or "Agreement") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Agreement, and its Exhibits, the Declaration of Hans A. Nilges, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Stipulated Order of Dismissal with Prejudice and Approving Settlement, the Agreement and its Exhibits, the proposed Notice, the proposed Consent, the proposed Release, the proposed allocation and calculation of Individual Payments, the proposed Service Award to the Representative Plaintiff, and the proposed attorneys' fees and expense reimbursements to Plaintiffs' Counsel, as follows:

1. The captioned action asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219.

2.     Representative Plaintiff, Terry Jeffrey, filed this action on April 21, 2017. Plaintiff alleges that Defendant failed to pay him and others similarly situated for time spent donning and doffing sanitary and protective equipment at the beginning and end of each shift in violation of the FLSA.  Defendant Brewster Cheese Company denies Plaintiff's allegations.

3.     The Parties agreed to mediate this case before engaging in expensive and time-consuming discovery.

4.     On October 26, 2017, the Parties reached an agreement to settle this case on terms set forth in the Agreement filed under seal with this Court.

5.     The Settlement will cover the 164 Settlement Members (including Representative Plaintiff) identified in Exhibit 1 of the Settlement who elect to participate in the Settlement by signing and returning Consent to Join forms and Settlement Release forms.

6.     To receive an Individual Payment, the Settlement Members must sign and return the Settlement Release and Consent to Join forms attached as Exhibit 2 to the Agreement.  These forms must be signed electronically (eSigned) via PDF, postmarked, faxed, or emailed to Plaintiffs' Counsel within the forty-five (45) day period to be timely.

7.     The Settlement Agreement provides that, in consideration of the total eligible settlement payment, the claims of the Representative Plaintiff and the Settlement Members who elect to participate in the Settlement by signing and returning Consent and Settlement Release Form are to be dismissed with prejudice.

8.     The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).  The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial investigation.  Plaintiffs' Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Representative Plaintiff and the Settlement

Members. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation; the amount offered in the Settlement; and the experience and views of counsel for the Parties.

9. The Court approves the Agreement and its Exhibits, including the proposed Notice of Settlement, proposed Consent to Join form, and the proposed Settlement Release form, and orders that the Settlement be implemented according to the terms and conditions of the Agreement and as directed herein. The Court grants final approval of the Settlement as to the Representative Plaintiffs and the Settlement Members who elect to participate in the Settlement by signing and returning the required forms as described herein.

10. The Court finds that the proposed allocation and calculation of the Individual Payments to Settlement Members are fair and reasonable. The Court approves the method of calculation and proposed distribution of the Individual Payments. The Parties have submitted with the Agreement an Exhibit providing the names of the Settlement Members. The Court approves the amounts and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

11. The Court approves the Service Payment to the Representative Plaintiff in recognition of his service in the Action, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

12. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Agreement, and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

13. The Court dismisses the claims of the Representative Plaintiff and the Settlement Members who sign and return the required forms described herein, and enters final judgment dismissing them from the Action. The Court finds there is no just reason for delay and directs the

Clerk of the Court to enter this Stipulated Order of Dismissal and Approving Settlement immediately.

14. The Court retains jurisdiction over the action to enforce the terms of the Settlement, including the notice administration, addition of Settlement Members, and distribution process.

**SO ORDERED:**

Date: December 5, 2017          /s/Benita Y. Pearson

Benita Y. Pearson
United States District Judge

**SO STIPULATED:**

/s/ Hans A. Nilges
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
Nilges Draher LLC
7266 Portage Street, N.W.
Suite D
Massillon, Ohio 44646
Phone: 330-470-4428
Facsimile: 330-754-1430
Email:   hans@ohlaborlaw.com
              sdraher@ohlaborlaw.com

*Attorneys for Plaintiffs*

/s/ Gust Callas
Gust Callas (#0015815)
Whitney L. Willits (#0089728)
**BLACK, McCUSKEY, SOUERS & ARBAUGH**
200 Market Avenue South
Suite 1000
Canton, OH 44702
(330) 456-8341 (Telephone)
(330) 456-5756 (Telefax)
Email:    gcallas@bmsa.com
               wwillits@bmsa.com

*Attorneys for Defendant*